```
JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
TOKIKO YASUDA (SBN 257128)
tokiko@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorneys for Shogakukan Inc. and Shueisha Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DMCA Subpoena to<br><br>Google, LLC | Case No:<br><br>**DECLARATION OF HIROYUKI NAKAJIMA** |

I, Hiroyuki Nakajima, declare and testify as follows:

1. I am an attorney duly licensed to practice law in Japan.  I represent Shogakukan Inc. and Shueisha, Inc., both Japanese corporations, in the above-entitled proceeding and as such, I am authorized and qualified to make this declaration for and on their behalf, and I make this declaration for that reason.

2. Shogakukan Inc. and Shueisha, Inc. are seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works.

3. The purpose for which this subpoena is sought is to obtain the identity of the alleged infringers.   Such information will only be used for the purpose of protecting rights under the Copyright Act (17 U.S.C. § 101, et seq.).

//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 19, 2021.

_Hiroyuki Nakajima_
Hiroyuki Nakajima
Attorney for Shogakukan Inc. and
Shueisha Inc.