3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３―３３５３―３５２１
FAX ＋８１―３―３３５６―９２２８
MAlL nakajima@flex-law.gr.jp
Attorney for Shogakukan Inc.

February 18, 2021

**Via Email**
Google LLC
Legal Investigations Support
1600 Amphitheatre Parkway Mountain View,
CA 94043
Phone: 6502530000
Email: internationalcivil@google.com

    **RE:**    **_NOTIFICATION OF COPYRIGHT INFRINGEMENT_**
              **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent Shogakukan Inc., a Japanese corporation (hereinafter called "Shogakukan"), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to Shogakukan's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://1.bp.blogspot.com/, https://2.bp.blogspot.com/,https://3.bp.blogspot.com/ , https://4.bp.blogspot.com/ more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

    Shogakukan has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from

Google LLC
February 18, 2021
2 of 3

https://1.bp.blogspot.com/, https://2.bp.blogspot.com/, https://3.bp.blogspot.com/, https://4.bp.blogspot.com/, or any of your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that Shogakukan and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima* (signature)

Google LLC
Feburuary 18 2021
Page 3 of 3

Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://1.bp.blogspot.com/-0jBqM-d3XfA/YCgKZYoMmoI/AAAAAAAACc/EHuNxdXW0ewzAYuclMAISqbbEru1x_dcACLcBGAsYHQ/s0/---id---1476---id------c---95---c------t---0---t---.jpg | ケンガンオメガ (Raw - Free) |
| 2 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://1.bp.blogspot.com/-AkLMphufJEw/YB7Lk3uqEhI/AAAAAAAAa4/6Gw2iwInDrcMAnV7ug4kFC4ifDx7cXgWwCLcBGAsYHQ/s0/---id---1476---id------c---94---c------t---0---t---.jpg | ケンガンオメガ (Raw - Free) |
| 3 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://1.bp.blogspot.com/-RTkelnjtIvw/YBWKzHz6DCI/AAAAAAAACM/ZDQG8WUoXicqV3QshRKrMMzeBIT8ZnwCACLcBGAsYHQ/s0/---id---1476---id------c---93---c------t---0---t---.jpg | ケンガンオメガ (Raw - Free) |
| 4 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://1.bp.blogspot.com/-uZ6RJn9UYZM/YAxPq5I1q1I/AAAAAAAAFE/5bQ8oeXb9SErkA9dgZcH1seUAdtedMpMwCLcBGAsYHQ/s0/---id---1476---id------c---92---c------t---0---t---.jpg | ケンガンオメガ (Raw - Free) |
| 5 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://1.bp.blogspot.com/-E_87cFSa7Xo/X5RRJUvicUI/AAAAAAAAB7Y/73IUMeyzwMcOs1tMfaMCp0wzu12aokA-ACNcBGAsYHQ/s0/---id---1476---id------c---80---c------t---0---t---.jpg | ケンガンオメガ (Raw - Free) |
| 6 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://2.bp.blogspot.com/-fnoZaZFJKcw/Xy7bPZ8SQ5I/AAAAAAAABCg/cewWb0XPHmgdRY6v0jmIHKh9IyHEq0t6wCLcBGAsYHQ/s1600/---id---1476---id------c---70---c------t---0---t---.jpg | ケンガンオメガ (Raw - Free) |
| 7 | ケンガンオメガ (Kengan Omega) | Author known as だろめおん (Daromeon) | https://urasunday.com/title/659 | https://4.bp.blogspot.com/-7uDZ3VeJSbE/XuHvMkgMLaI/AAAAAAAAAWc/-SqHD7OrU3oExGfmZZLPZr5zMc3csaA7wCLcBGAsYHQ/s1600/---id---1476---id------c---50---c------t---0---t---.jpg | ケンガンオメガ (Raw - Free) |
| 8 | 裏バイト:逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://1.bp.blogspot.com/-HcueCAj3sd0/YCgLLRQvL6I/AAAAAAAAAP0/UDbj7uV16fAb9irZIftrSXvAxHyI8e0ugCLcBGAsYHQ/s0/---id---1828---id------c---42---c------t---1---t---.jpg | 裏バイト:逃亡禁止 (Raw - Free) |
| 9 | 裏バイト:逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://1.bp.blogspot.com/-oYSYSixGr2c/YB7Mwz_rHiI/AAAAAAAAAts/vrbJzeXfi3QGv-XtSD0BLiA-BubSKUfxwCLcBGAsYHQ/s0/---id---1828---id------c---41---c------t---1---t---.jpg | 裏バイト:逃亡禁止 (Raw - Free) |
| 10 | 裏バイト:逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://1.bp.blogspot.com/-o_eZmyQVdng/YBWLmznqXXI/AAAAAAAAARU/jn69UxDL4tIcMkdDZ16yfFsUDoVyKqLxwCLcBGAsYHQ/s0/---id---1828---id------c---40---c------t---1---t---.jpg | 裏バイト:逃亡禁止 (Raw - Free) |
| 11 | 裏バイト:逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://1.bp.blogspot.com/-3h6lgdAaV3s/YAMUL-v-0pI/AAAAAAAAAyE/CStANA9NpNIKkw9FB8RsuRpN5E6I4zBpQCLcBGAsYHQ/s0/---id---1828---id------c---39---c------t---0---t---.jpg | 裏バイト:逃亡禁止 (Raw - Free) |
| 12 | 裏バイト:逃亡禁止 (Ura baito touboukinshi) | 田口 翔太郎 (Shoutaro Taguchi) | https://urasunday.com/title/1155 | https://1.bp.blogspot.com/-RRjoTRZ0tGQ/X3inyI1CvyI/AAAAAAAACnM/YWTba4Jtj-IGaEZ4gVDtnPTKjTp-Nk6wACLcBGAsYHQ/s0/---id---1828---id------c---30---c------t---1---t---.jpg | 裏バイト:逃亡禁止 (Raw - Free) |

**EXHIBIT A**

1 of 2

| # | Title | Author | Source URL | Infringing URL | Raw Title |
|---|---|---|---|---|---|
| 13 | 裏バイト:逃亡禁止（Ura baito touboukinshi） | 田口 翔太郎（Shoutaro Taguchi） | https://urasunday.com/title/1155 | https://1.bp.blogspot.com/-r8BCogbfKzY/X29k-KCWQjI/AAAAAAAABf8/m_c0Jyb-hRwpm_QwVi_1LCyrjRvc1qWxgCLcBGAsYHQ/s0/---id---1828---id------c---29---c------t---0---t---.jpg | 裏バイト:逃亡禁止（Raw－Free） |
| 14 | 裏バイト:逃亡禁止（Ura baito touboukinshi） | 田口 翔太郎（Shoutaro Taguchi） | https://urasunday.com/title/1155 | https://3.bp.blogspot.com/-T6dWaQF83cA/XzgW6AcWD7I/AAAAAAAABDA/bZHOu9s5RVUm0HTHsy5F7ksRzN6i45yRgCLcBGAsYHQ/s1600/---id---1828---id------c---25---c------t---0---t---.jpg | 裏バイト:逃亡禁止（Raw－Free） |
| 15 | 九条の大罪（Kujyou no Taizai） | 真鍋 昌平（Shohei Manabe） | https://bigcomicbros.net/work/35215/ | https://1.bp.blogspot.com/-LslowaNebxw/YBmHc-_DUWI/AAAAAAAAAY4/kLvoju3BCS0qrbctMpfcXVgQ5Q2hFzZvACLcBGAsYHQ/s0/---id---2749---id------c---12---c------ | 九条の大罪（Raw－Free） |
| 16 | 九条の大罪（Kujyou no Taizai） | 真鍋 昌平（Shohei Manabe） | https://bigcomicbros.net/work/35215/ | https://1.bp.blogspot.com/-l7ZvQKBxW-s/YBBR3DNPrWI/AAAAAAAABTM/ANj9PqAEtesEtS5eGtD2CJA3u34Q8hc1ACLcBGAsYHQ/s0/---id---2749---id------c---11---c------t---1---t---.jpg | 九条の大罪（Raw－Free） |
| 17 | 九条の大罪（Kujyou no Taizai） | 真鍋 昌平（Shohei Manabe） | https://bigcomicbros.net/work/35215/ | https://1.bp.blogspot.com/-w0b9U63Oef0/X_SYOjSs-EI/AAAAAAAAA94/ut50aVcFNq07p3U6zfmsV3FpQ0yXeKbxACLcBGAsYHQ/s0/---id---2749---id------c---10---c------t---1---t---.jpg | 九条の大罪（Raw－Free） |
| 18 | 九条の大罪（Kujyou no Taizai） | 真鍋 昌平（Shohei Manabe） | https://bigcomicbros.net/work/35215/ | https://1.bp.blogspot.com/-I7hPlns-bWo/X-Imqiq1z_I/AAAAAAAAA90/RL8e5JcA6E4jfVOhMSndIUQdO9TE0YzkQCLcBGAsYHQ/s0/---id---2749---id------c---9---c------t---1---t---.jpg | 九条の大罪（Raw－Free） |
| 19 | 九条の大罪（Kujyou no Taizai） | 真鍋 昌平（Shohei Manabe） | https://bigcomicbros.net/work/35215/ | https://1.bp.blogspot.com/-rqLJQfCwIRQ/X8ZrFRPd0AI/AAAAAAAABt8/2n5iqc0Zb8An5yNYyaXjZUJVzuvDb0twgCLcBGAsYHQ/s0/---id---2749---id------c---7---c------t---1---t---.jpg | 九条の大罪（Raw－Free） |
| 20 | 九条の大罪（Kujyou no Taizai） | 真鍋 昌平（Shohei Manabe） | https://bigcomicbros.net/work/35215/ | https://1.bp.blogspot.com/-s9J2Hjj8MMM/X7VHtwKeqwI/AAAAAAAABNE/A4zrmBDbYBEntfCvZnOiJCRkjQ5L-ORTQCLcBGAsYHQ/s0/---id---2749---id------c---5---c------t---1---t---.jpg | 九条の大罪（Raw－Free） |
| 21 | 九条の大罪（Kujyou no Taizai） | 真鍋 昌平（Shohei Manabe） | https://bigcomicbros.net/work/35215/ | https://1.bp.blogspot.com/-lTXiFJfmDnE/X4X2m8dT84I/AAAAAAAADoM/Mh8QhDLGnbcot10-DoOhgvhn6XDMqD9igCPcBGAYYCw/s0/---id---2749---id------c---1---c------t---1---t---.jpg | 九条の大罪（Raw－Free） |

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL　＋８１－３－３３５３－３５２１
FAX　＋８１－３－３３５６－９２２８
MAlL　nakajima@flex-law.gr.jp
Attorney for Shueisha Inc.

February 18, 2021

**Via Email**
Google LLC
Legal Investigations Support
1600 Amphitheatre Parkway Mountain View,
CA 94043
Phone: 6502530000
Email: internationalcivil@google.com

      RE:     **_NOTIFICATION OF COPYRIGHT INFRINGEMENT_**
                  **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

     I represent Shueisha Inc., a Japanese corporation (hereinafter called "Shueisha "), the representative of the author of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

     It has recently come to Shueisha 's attention that certain users of your services have unlawfully published and posted certain contents on the website located at https://1.bp.blogspot.com/, https://2.bp.blogspot.com/, https://3.bp.blogspot.com/ , https://4.bp.blogspot.com/ more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

     Shueisha has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

     We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from

Google LLC
February 18, 2021
2 of 3

https://1.bp.blogspot.com/, https://2.bp.blogspot.com/, https://3.bp.blogspot.com/ , https://4.bp.blogspot.com/, or any of your system or services.

    We also request a written assurance that you have fully complied with our request.

    I declare that the information in this notice is accurate, and under penalty of perjury, that Shueisha and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

                      Very truly yours,

                        Hiroyuki Nakajima
                        Attorney at Law

*Hiroyuki Nakajima* (signature)

Google LLC
Feburuary 18, 2021
Page 3 of 3
Extibit A

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work |
|---|---|---|---|---|---|
| 1 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://1.bp.blogspot.com/-pglw5xsZZ_0/YCAoJJjl5eI/AAAAAAAAT4/j5MYhAmvF1cSHdOhWE7gWDpaR1rqnQNcwCLcBGAsYHQ/s0/---id---365---id------c----1003---c------t---073---t---.jpg | ワンピース (Raw－Free) |
| 2 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://1.bp.blogspot.com/--iXjow2-lEIY/YBfunWKpHuI/AAAAAAAAAQg/iWV5U1AL0kgMKQIjPauNXnGoILwLYM3xwCLcBGAsYHQ/s0/---id---365---id------c---1002---c------t---077---t---.jpg | ワンピース (Raw－Free) |
| 3 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://1.bp.blogspot.com/-t-8q4BwCjhQ/XyMVV_R4dTI/AAAAAAAADk/fmreB-6eM-coUcVCrgFl30bBhFYiToOfgCLcBGAsYHQ/s1600/l11.jpg | ワンピース (Raw－Free) |
| 4 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://1.bp.blogspot.com/-t-8q4BwCjhQ/XyMVV_R4dTI/AAAAAAAADk/fmreB-6eM-coUcVCrgFl30bBhFYiToOfgCLcBGAsYHQ/s1600/l11.jpg | ワンピース (Raw－Free) |
| 5 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://3.bp.blogspot.com/-tmXKlteWTPM/XfzYGKu5pjI/AAAAAAAADSs/uZlxJpO932QBxJeFycMYiPTp7r_W0uhCQCNcBGAsYHQ/s1600/---id---365---id-------c---930---c------t---1---t---.jpg | ワンピース (Raw－Free) |
| 6 | ONE PIECE | 尾田 栄一郎（Eiichiro Oda） | https://www.shonenjump.com/j/rensai/onepiece.html | https://1.bp.blogspot.com/-hTSmZ4_CT0U/YClodAnJ05I/AAAAAAAAAZ4/q7ZxDQVUx1EH47r_MQU1pvAjP-d4FzbCACLcBGAsYHQ/s0/---id---365---id------c---1004---c------t---093---t---.jpg | ワンピース (Raw－Free) |
| 7 | 僕のヒーローアカデミア(My Hero Academia) | 堀越耕平（Kohei Horikoshi） | https://www.shonenjump.com/j/rensai/myhero.html | https://1.bp.blogspot.com/-6Ruhc3dC0BY/YCAoQxxKL2I/AAAAAAAAAWA/LHOAfeMPmhk-tHvrNtq4uA2thOOmnjrRgCLcBGAsYHQ/s0/---id---386---id------c---300---c------t---091---t---.jpg | 僕のヒーローアカデミア(Raw－Free) |
| 8 | 僕のヒーローアカデミア(My Hero Academia) | 堀越耕平（Kohei Horikoshi） | https://www.shonenjump.com/j/rensai/myhero.html | https://1.bp.blogspot.com/-S570_usWne4/YBfusQS-i0I/AAAAAAAAASg/uwna2RtZrCQ6j4nNGi_2sLkh2PjNSX_4QCLcBGAsYHQ/s0/---id---386---id------c---299---c------t---099---t---.jpg | 僕のヒーローアカデミア(Raw－Free) |
| 9 | 僕のヒーローアカデミア(My Hero Academia) | 堀越耕平（Kohei Horikoshi） | https://www.shonenjump.com/j/rensai/myhero.html | https://1.bp.blogspot.com/-UkV1eniYFpY/X6hacdbuBbI/AAAAAAAAAOA/AoQG2BJgarEIN5QxiQxOdzCE67y4LK4jwCLcBGAsYHQ/s0/---id---386---id------c---290---c------t---037---t---.jpg | 僕のヒーローアカデミア(Raw－Free) |
| 10 | 僕のヒーローアカデミア(My Hero Academia) | 堀越耕平（Kohei Horikoshi） | https://www.shonenjump.com/j/rensai/myhero.html | https://4.bp.blogspot.com/-d5lObOEqpc0/XfzcUxSbDkI/AAAAAAAAEEs/UC0_Tor9x8ov7bkpoNsag3zbT1JMxaoagCNcBGAsYHQ/s1600/---id---386---id------c---250---c------t---1---t---.jpg | 僕のヒーローアカデミア(Raw－Free) |
| 11 | 僕のヒーローアカデミア(My Hero Academia) | 堀越耕平（Kohei Horikoshi） | https://www.shonenjump.com/j/rensai/myhero.html | https://3.bp.blogspot.com/-03AD2yglFsQ/XfzcNZZ7gKI/AAAAAAAAEDw/tBZxmqaGFg8CurqOMZouZzYhmv74ZANZwCNcBGAsYHQ/s1600/---id---386---id------c---249---c------t---1---t---.jpg | 僕のヒーローアカデミア(Raw－Free) |
| 12 | 鬼滅の刃(Demon Slayer) | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://1.bp.blogspot.com/-DbDnoKYGW0M/XtojN4i2laI/AAAAAAAACOk/3M_sANIpK1IurxEiDDC1I7PNIKjbuwVYQCLcBGAsYHQ/s1600/---id---367---id------c---200---c------t---424---t---.jpg | 鬼滅の刃 (Raw－Free) |
| 13 | 鬼滅の刃(Demon Slayer) | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://1.bp.blogspot.com/-DbDnoKYGW0M/XtojN4i2laI/AAAAAAAACOk/3M_sANIpK1IurxEiDDC1I7PNIKjbuwVYQCLcBGAsYHQ/s1600/---id---367---id------c---200---c------t---424---t---.jpg | 鬼滅の刃 (Raw－Free) |
| 14 | 鬼滅の刃(Demon Slayer) | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://3.bp.blogspot.com/-3uXBGD9eYB0/Xtoi-JnhbtI/AAAAAAAACKg/Pnx_knEci1wxzGDBCo8KhgGHez-ZZKw-ACLcBGAsYHQ/s1600/---id---367---id------c---199---c------t---444---t---.jpg | 鬼滅の刃 (Raw－Free) |
| 15 | 鬼滅の刃(Demon Slayer) | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://3.bp.blogspot.com/-ufNsQG4DzFA/Xtoi5rnTltI/AAAAAAAACJU/pZpfQcP8koIaCwuY-Hw5pWNRoUvlIMKbQCLcBGAsYHQ/s1600/---id---367---id------c---198---c------t---1---t---.jpg | 鬼滅の刃 (Raw－Free) |
| 16 | 鬼滅の刃(Demon Slayer) | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://1.bp.blogspot.com/-mRaoPs8Dtck/XtoiQ_tukkI/AAAAAAAAB_g/4J0WBpxULUcEU_ExdQsP1C44i9lpP3qVwCLcBGAsYHQ/s1600/---id---367---id------c---190---c------t---442---t---.jpg | 鬼滅の刃 (Raw－Free) |
| 17 | 鬼滅の刃(Demon Slayer) | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://4.bp.blogspot.com/-go5Af_lOAPU/XtohE3t6FsI/AAAAAAAAByE/dzGB2n11dQ4dKl2A8AtTEhivocY8YzZqgCLcBGAsYHQ/s1600/---id---367---id------c---180---c------t---1---t---.jpg | 鬼滅の刃 (Raw－Free) |
| 18 | 鬼滅の刃(Demon Slayer) | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://4.bp.blogspot.com/-f3TildaJLDg/Xtod-gytnII/AAAAAAAABJE/Q0Frkse-4rAdmOAbsq6NGEgM8xYjK6U4gCLcBGAsYHQ/s1600/---id---367---id------c---150---c------t---1---t---.jpg | 鬼滅の刃 (Raw－Free) |
| 19 | 鬼滅の刃(Demon Slayer) | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://4.bp.blogspot.com/-QUSndmmgOy4/XtoaejLGscI/AAAAAAAAATM/daazjHOXrjgrW_7mBx_-NoRrXusGnWFpQCLcBGAsYHQ/s1600/---id---367---id------c---110---c------t---0067---t---.jpg | 鬼滅の刃 (Raw－Free) |

| # | Title | Author | Source URL | Image URL | Infringing |
|---|---|---|---|---|---|
| 20 | 鬼滅の刃（Demon Slayer） | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://3.bp.blogspot.com/-W0dTSQuugcQ/XtomiEoCj7I/AAAAAAAADAk/y5bi3PDosScg72c8_yH-bi0vpIPzwiTtQCLcBGAsYHQ/s1600/---id---367---id------c---50---c------t---135---t---.jpg | 鬼滅の刃（Raw‐Free） |
| 21 | 鬼滅の刃（Demon Slayer） | 吾峠呼世晴（Koyoharu Gotouge） | https://kimetsu.com/ | https://2.bp.blogspot.com/-2psf2GC2tZs/XtoZOK-6vBI/AAAAAAAAAAM/ti_H2ApYsIomrCT0oM2h5BiGsE7DX2EcACLcBGAsYHQ/s1600/---id---367---id------c---1---c------t---001---t---.jpg | 鬼滅の刃（Raw‐Free） |
| 22 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://1.bp.blogspot.com/-zkEC3iGszoA/XfzjD7PkQPI/AAAAAAAAFCQ/_cmPXNTi7LkdBMW_O1G3ej3AWirIGMeZACNcBGAsYHQ/s1600/---id---698---id------c---1---c------t---0001---t---.jpg | 呪術廻戦（Raw‐Free） |
| 23 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://3.bp.blogspot.com/-15VfJaI4rSw/XfzkXy5LAmI/AAAAAAAAFTk/LyxcV957ED8W6P60Bv7XQ-IWtID4t82FQCNcBGAsYHQ/s1600/---id---698---id------c---20---c------t---1---t---.jpg | 呪術廻戦（Raw‐Free） |
| 24 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://2.bp.blogspot.com/-kImFQgG_cOU/XfzIpuGu5-I/AAAAAAAAFIA/0VR5LwyL7r4eLmLBvPgEXB9wQWO3BEc4gCNcBGAsYHQ/s1600/---id---698---id------c---33---c------t---1---t---.jpg | 呪術廻戦（Raw‐Free） |
| 25 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://4.bp.blogspot.com/-BS7-Z6ktDes/XfznxIAlouI/AAAAAAAAGBI/xup8zbb3T301xDqd0QNEHXIcOY1E2sydACNcBGAsYHQ/s1600/---id---698---id------c---54---c------t---1---t---.jpg | 呪術廻戦（Raw‐Free） |
| 26 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://4.bp.blogspot.com/-EJPrnEr-aBY/Xfzn8jDFQKI/AAAAAAAAGDg/4FEWKL8WCzI9ZFgruDrsFrcVrOt9QdGQACNcBGAsYHQ/s1600/---id---698---id------c---56---c------t---1---t---.jpg | 呪術廻戦（Raw‐Free） |
| 27 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://2.bp.blogspot.com/-P1nvsedmx8k/XfzpRSRNxLI/AAAAAAAAGUs/nd2CQ45WlxsOEJ1VHSZ8VyIaCeErhnG3ACNcBGAsYHQ/s1600/---id---698---id------c---79---c------t---1---t---.jpg | 呪術廻戦（Raw‐Free） |
| 28 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://4.bp.blogspot.com/-mcLkvW9NYIM/Xfzpx3_UuiI/AAAAAAAAGbA/ycENFbjouq8HfUMXb7BYkiky2xr5_jAzwCNcBGAsYHQ/s1600/---id---698---id------c---86---c------t---1---t---.jpg | 呪術廻戦（Raw‐Free） |
| 29 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://1.bp.blogspot.com/-nnXYj0tLQIE/YASBXItNHcI/AAAAAAAAATQ/RUPnN_zV2NYH7Zugm_MgPC_FgCx6bGdugCLcBGAsYHQ/s0/---id---698---id------c---135---c------t---065---t---.jpg | 呪術廻戦（Raw‐Free） |
| 30 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://1.bp.blogspot.com/-ZIX4hD-j-vw/YA2yEGaFJ6I/AAAAAAAAAVU/Fb6EukUgfhIE0vcOahr-LzWhSaxwgeUagCLcBGAsYHQ/s0/---id---698---id------c---136---c------t---115---t---.jpg | 呪術廻戦（Raw‐Free） |
| 31 | 呪術廻戦（Jujutsu Kaisen） | 芥見下々（Akutami Gege） | https://www.shonenjump.com/j/rensai/jujutsu.html | https://1.bp.blogspot.com/-f6VuhWB9AHw/YBfu1sy-8bI/AAAAAAAAAWM/f-dW2hr1vvc5cTNOIaSeeKZ4V5JeGEFJACLcBGAsYHQ/s0/---id---698---id------c---137---c------t---203---t---.jpg | 呪術廻戦（Raw‐Free） |